**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| ZACHARY SPADA, | : No. 47 WM 2014 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| ROBERT J. CATALDE, | : |
| | : |
| Respondent | : |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 21st day of August, 2014, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED**. See Commonwealth v. Reid, 642 A.2d 453 (Pa. 1994) (hybrid representation not permitted). The Prothonotary is directed to forward the filings to counsel of record.